**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1615**
_____

GEORGE H. ARCHIBALD,

                 Plaintiff – Appellant,

      v.

GLEN D. MASTERS, d/b/a Berryville News Stand and as an Individual,

                 Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  Michael F. Urbanski, District Judge. (5:12-cv-00095-MFU-BWC)

_____

Submitted: August 29, 2013        Decided: September 3, 2013

_____

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

George H. Archibald, Appellant Pro Se. James Anthony Klenkar, HALL, MONAHAN, ENGLE, MAHAN & MITCHELL, Winchester, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George H. Archibald appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Archibald's civil rights action for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Archibald v. Masters, No. 5:12-cv-00095-MFU-BWC (W.D. Va. Apr. 23, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2